Motion Granted; Dismissed and Memorandum Opinion filed
March 1, 2011.

 

In The

 

Fourteenth Court of
Appeals

____________

 

NO. 14-10-00595-CR

____________

 

RICHARD HOWARD CRAWFORD, Appellant

 

V.

 

THE STATE OF TEXAS, Appellee

 



On Appeal from the County Criminal
Court at Law No. 10

Harris County, Texas

Trial Court Cause No. 1689515



 

MEMORANDUM
OPINION

A written request to withdraw the notice of appeal,
personally signed by appellant, has been filed with this Court.  See Tex. R. App. P. 42.2.  Because this
Court has not delivered an opinion, we grant appellant=s request.

Accordingly, we order the appeal dismissed.  We direct the
Clerk of the Court to issue the mandate of the Court immediately.

 

PER CURIAM

 

Panel consists of Justices
Brown, Boyce, and Jamison.

Do Not Publish — Tex. R. App. P. 47.2(b)